**FILED**
CLERK, U.S. DISTRICT COURT

09/10/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                     )<br>             Plaintiff,           )<br>                                     )<br>         v.                         )<br>                                     )<br> Gualberto Gomez            )<br>             Defendant.      )<br>_____) | Case No.: 5:21-MJ-00574<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Southern__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (x)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

        (x)    information in the Pretrial Services Report and Recommendation

        (x)    information in the violation petition and report(s)

        ( )    the defendant's nonobjection to detention at this time

        ( )    other: _____

1        and/ or

2  B. (x)    The defendant has not met his/her burden of establishing by clear and
3            convincing evidence that he/she is not likely to pose a danger to the safety
4            of any other person or the community if released under 18 U.S.C.
5            § 3142(b) or (c).  This finding is based on the following:
6            (x)    information in the Pretrial Services Report and Recommendation
7            (x)    information in the violation petition and report(s)
8            ( )    the defendant's nonobjection to detention at this time
9            ( )    other: _____

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further
12  revocation proceedings.

14  Dated:  9/10/2021                                             _____
15                                                       SHASHI H. KEWALRAMANI
                                                        UNITED STATES MAGISTRATE JUDGE